# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 08-1851m |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |
| Norberto Medina-Lopez, | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___D. Nev.___ for alleged violation(s) of the terms and conditions of his/~~her~~ [prob~~ation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___No evidence submitted; nature of charges; apparent___

1 _illegal alien_

2

3

4 and/or

5 B. (✓) The defendant has not met his/her burden of establishing by
6 clear and convincing evidence that he/she is not likely to pose
7 a danger to the safety of any other person or the community if
8 released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 on: _No evidence submitted_

10

11

12

13

14    IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.

16

17 Dated: _8/5/08_

18

19                                        _[signature]_
                                        RALPH ZAREFSKY
20                                      UNITES STATES MAGISTRATE JUDGE